# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL A. STRUTHERS & SHANAY L. STRUTHERS  Case Number: 07-70001
1911 - 12TH AVENUE            SSN-xxx-xx-9335 & xxx-xx-0609
ROCKFORD, IL  61104

Case filed on:     1/2/2007
Plan Confirmed on: 7/11/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $12,178.55          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF CROSBY & ASSOCIATES | 3,419.95 | 3,419.95 | 1,269.95 | 0.00 |
|  | Total Legal | 3,419.95 | 3,419.95 | 1,269.95 | 0.00 |
| 047 | BRIAN LARKIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ILLINOIS DEPT. OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL A. STRUTHERS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMC MORTGAGE SERVICES INC | 24,339.45 | 6,509.53 | 6,509.53 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 2,690.00 | 2,690.00 | 2,168.25 | 54.06 |
|  | Total Secured | 27,029.45 | 9,199.53 | 8,677.78 | 54.06 |
| 003 | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACCOUNTS RECEIVABLE MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ACCOUNTS RECEIVABLE MG | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIED BUSINESS ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ALLIED INT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ANDERSON FIN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 793.85 | 152.26 | 0.00 | 0.00 |
| 014 | ASSOCIATED NATIONAL COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | B-LINE LLC | 710.36 | 136.25 | 0.00 | 0.00 |
| 016 | C.B. ACCOUNTS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CBA | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CHAPELLE CREDIT SERVICES | 175.00 | 33.57 | 0.00 | 0.00 |
| 020 | CHECK IT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CHICAGO TRIBUNE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PORTFOLIO RECOVERY ASSOCIATES | 1,070.41 | 205.30 | 16.40 | 0.00 |
| 024 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CREDIT MANAGEMENT SYST | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CREDIT MANAGEMENT SYST | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDIT MANAGEMENT CONTROL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CREDIT PROTECT ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CREDITOR SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CREDITOR SERVICES | 25,694.70 | 4,928.24 | 393.78 | 0.00 |
| 031 | CREDITORS PROTECTION SERVICE, INC | 9,976.87 | 1,913.56 | 152.90 | 0.00 |
| 032 | CRUSADER CLINIC | 98.00 | 18.80 | 0.00 | 0.00 |
| 033 | SWEDISH AMERICAN HOSPITAL | 2,984.96 | 572.52 | 45.75 | 0.00 |
| 034 | DIRECTV | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ENTERPRISE RECOVERY SYSTEMS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | FED ADJ CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | FIRST NATIONAL COLLECTION BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PREMIER BANKCARD/CHARTER | 577.22 | 110.71 | 0.00 | 0.00 |
| 040 | PREMIER BANKCARD/CHARTER | 429.07 | 82.30 | 0.00 | 0.00 |
| 041 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | GC SERVICES LIMITED PARTNERSHIP | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | GERALD E. MOORE & ASSOCIATES, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | H&R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | JEFFCAPSYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | LA CHAPEL CR | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | M. ASIM MUSTAFA M.D., F.A.A.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | MILLER EYE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | MUTUAL MANAGEMENT SERVICES | 13,740.46 | 2,635.42 | 210.58 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 051 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | MUTUAL MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | MUTUAL MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | MUTUAL MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | MUTUAL MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | NICOR GAS | 1,258.96 | 241.47 | 19.29 | 0.00 |
| 067 | NORTHERN ILLINOIS IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | NWIDE RECVRY | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | OSF LIFELINE AMBULANCE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | VATIV RECOVERY SOLUTIONS LLC | 1,102.77 | 211.51 | 16.90 | 0.00 |
| 072 | PARK DANSAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | PARK DANSAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | PUBLISHERS CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 078 | R&B RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 079 | R&B RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 080 | R&B RECEIVABLES | 0.00 | 0.00 | 0.00 | 0.00 |
| 081 | ROADLOANS.COM | 0.00 | 0.00 | 0.00 | 0.00 |
| 082 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 083 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 084 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 085 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 086 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 087 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 088 | ROCKFORD INFECTIOUS DISEASE CONSUL | 0.00 | 0.00 | 0.00 | 0.00 |
| 089 | ROCKFORD MERCANTILE AGENCY INC | 2,954.51 | 566.68 | 45.28 | 0.00 |
| 090 | ROCKFORD MER | 0.00 | 0.00 | 0.00 | 0.00 |
| 091 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 092 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 093 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 094 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 095 | SAGE TELECOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 096 | SM SERVICING | 0.00 | 0.00 | 0.00 | 0.00 |
| 097 | STATE COLLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 098 | CREDITORS PROTECTION SERVICE, INC | 780.48 | 149.70 | 0.00 | 0.00 |
| 099 | UNIQUE NTL C | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | UNIVERSITY OF IOWA HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | VAN RU CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | DUBUQUE GREYHOUND PARK & CASINO | 200.00 | 38.36 | 0.00 | 0.00 |
| 104 | CAPITAL ONE | 1,077.36 | 0.00 | 0.00 | 0.00 |
| 105 | TRIAD FINANCIAL CORP | 8,302.56 | 1,592.43 | 127.24 | 0.00 |
| 106 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 24,465.46 | 4,692.48 | 374.94 | 0.00 |
| 107 | T-MOBILE | 566.59 | 108.67 | 0.00 | 0.00 |
| 108 | ROUNDUP FUNDING LLC | 929.44 | 178.27 | 0.00 | 0.00 |
| 109 | AAROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 110 | COLLECT AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 111 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 112 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 113 | PALISADES COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 114 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 97,889.03 | 18,568.50 | 1,403.06 | 0.00 |
| | Grand Total: | 128,338.43 | 31,187.98 | 11,350.79 | 54.06 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $11,404.85 |
| Trustee Allowance: | $773.70 |
| Percent Paid Unsecured: | 7.56 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008          By  /s/Heather M. Fagan